No. 49. UNITED STATES *v.* CARROLL CONSTRUCTION CO. ET AL. On petition for writ of certiorari to the Supreme Court of Washington. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded for consideration in the light of *United States* v. *Gilbert Associates,* 345 U. S. 361. MR. JUSTICE REED and MR. JUSTICE JACKSON dissent. They are of the opinion that *United States* v. *Gilbert Associates* is not pertinent. *Acting Solicitor General Stern* for the United States.

No. 71. ARENDER ET AL. *v.* KINGWOOD OIL CO. ET AL. Appeal from the Supreme Court of Louisiana. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Clyde R. Brown* for appellants. *Geo. Gunby* for appellees.

No. 151. SIMPSON ET AL. *v.* CITY OF LOS ANGELES ET AL. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Morris Lavine* for appellants. *Roger Arnebergh, William H. Neal, Bourke Jones* and *Alan G. Campbell* for appellees.

No. 123. KALMANE *v.* GREEN, EXECUTOR. Appeal from the Court of Appeals of New York. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Martin Popper* for appellant.